AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT  *E-filing*

Northern District of California

FONOVISA, INC., a California corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and ZOMBA RECORDING LLC, a Delaware limited liability company,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

CV 08   2212 SC

V.

ANTOINETTE CASTILLO

TO:

Antoinette Castillo
3774 39th Ave
Apt. H
Oakland, CA 94619

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**MATTHEW F. JAKSA (SBN: 248072)**　　**PHONE: (415) 268-2000**
**560 MISSION STREET, 25TH FLOOR**　　**FAX: (415) 268-1999**
**SAN FRANCISCO, CA 94105-2994**

an answer to the complaint which is served on you with this summons, within ___20___ days after service summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

APR 29 2008

CLERK   Helen L. Almacen　　　　　　　　　　　DATE

(By) DEPUTY CLERK

| AO 440 (Rev. 8/01) Summons in a Civil Action | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
　　　　　　　　Date　　　　　　*Signature of Server* _____

　　　　　　　　　　　　　　　　*Address of Server* _____

---

[(1)] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.