AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | E-filing | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

CV 08 2212 SC

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California<br>Ronald V. Dellums Federal Building<br>Suite 400S, 1301 Clay Street<br>Oakland, CA 94612 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>FONOVISA, INC.; VIRGIN RECORDS AMERICA, INC.; ATLANTIC RECORDING CORPORATION; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; and ZOMBA RECORDING LLC | | DEFENDANT<br>ANTOINETTE CASTILLO |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## ANTOINETTE CASTILLO

**IP Address:** 76.216.19.251 2007-06-11 05:55:32 EDT     **CASE ID#** 132545023

**P2P Network:** Gnutella     **Total Audio Files:** 374

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Fonovisa, Inc. | Conjunto Primavera | Amigo Mesero | Amigo Mesero | 232-899 |
| Virgin Records America, Inc. | Paula Abdul | Straight Up | Forever Your Girl | 93-688 |
| Virgin Records America, Inc. | Human League | Don't You Want Me | Dare | 34-729 |
| Atlantic Recording Corporation | Chic | Le Freak | C'est Chic | 4-546 |
| UMG Recordings, Inc. | The Police | Every Breath You Take | Synchronicity | 44-862 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| Zomba Recording LLC | Usher | Superstar | Confessions | 354-784 |
| UMG Recordings, Inc. | The Police | Walking On The Moon | Reggatta De Blanc | 13-166 |

AO 121 (6/90)

| TO: **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California<br>Ronald V. Dellums Federal Building<br>Suite 400S, 1301 Clay Street<br>Oakland, CA 94612 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>FONOVISA, INC.; VIRGIN RECORDS AMERICA, INC.; ATLANTIC RECORDING CORPORATION; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; and ZOMBA RECORDING LLC | | DEFENDANT<br>ANTOINETTE CASTILLO |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

# EXHIBIT A

## ANTOINETTE CASTILLO

**IP Address:** 76.216.19.251 2007-06-11 05:55:32 EDT  **CASE ID#** 132545023

**P2P Network:** Gnutella  **Total Audio Files:** 374

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Fonovisa, Inc. | Conjunto Primavera | Amigo Mesero | Amigo Mesero | 232-899 |
| Virgin Records America, Inc. | Paula Abdul | Straight Up | Forever Your Girl | 93-688 |
| Virgin Records America, Inc. | Human League | Don't You Want Me | Dare | 34-729 |
| Atlantic Recording Corporation | Chic | Le Freak | C'est Chic | 4-546 |
| UMG Recordings, Inc. | The Police | Every Breath You Take | Synchronicity | 44-862 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| Zomba Recording LLC | Usher | Superstar | Confessions | 354-784 |
| UMG Recordings, Inc. | The Police | Walking On The Moon | Reggatta De Blanc | 13-166 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California<br>Ronald V. Dellums Federal Building<br>Suite 400S, 1301 Clay Street<br>Oakland, CA 94612 |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>FONOVISA, INC.; VIRGIN RECORDS AMERICA, INC.; ATLANTIC RECORDING CORPORATION; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; and ZOMBA RECORDING LLC | DEFENDANT<br>ANTOINETTE CASTILLO |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## ANTOINETTE CASTILLO

IP Address: 76.216.19.251 2007-06-11 05:55:32 EDT          CASE ID# 132545023

P2P Network: Gnutella                                       Total Audio Files: 374

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Fonovisa, Inc. | Conjunto Primavera | Amigo Mesero | Amigo Mesero | 232-899 |
| Virgin Records America, Inc. | Paula Abdul | Straight Up | Forever Your Girl | 93-688 |
| Virgin Records America, Inc. | Human League | Don't You Want Me | Dare | 34-729 |
| Atlantic Recording Corporation | Chic | Le Freak | C'est Chic | 4-546 |
| UMG Recordings, Inc. | The Police | Every Breath You Take | Synchronicity | 44-862 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| Zomba Recording LLC | Usher | Superstar | Confessions | 354-784 |
| UMG Recordings, Inc. | The Police | Walking On The Moon | Reggatta De Blanc | 13-166 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California<br>Ronald V. Dellums Federal Building<br>Suite 400S, 1301 Clay Street<br>Oakland, CA 94612 |
|---|---|
| DOCKET NO.   DATE FILED | |

| PLAINTIFF<br>FONOVISA, INC.; VIRGIN RECORDS AMERICA, INC.; ATLANTIC RECORDING CORPORATION; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; and ZOMBA RECORDING LLC | DEFENDANT<br>ANTOINETTE CASTILLO |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal.

# EXHIBIT A

## ANTOINETTE CASTILLO

**IP Address:** 76.216.19.251 2007-06-11 05:55:32 EDT        **CASE ID#** 132545023

**P2P Network:** Gnutella        **Total Audio Files:** 374

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Fonovisa, Inc. | Conjunto Primavera | Amigo Mesero | Amigo Mesero | 232-899 |
| Virgin Records America, Inc. | Paula Abdul | Straight Up | Forever Your Girl | 93-688 |
| Virgin Records America, Inc. | Human League | Don't You Want Me | Dare | 34-729 |
| Atlantic Recording Corporation | Chic | Le Freak | C'est Chic | 4-546 |
| UMG Recordings, Inc. | The Police | Every Breath You Take | Synchronicity | 44-862 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| Zomba Recording LLC | Usher | Superstar | Confessions | 354-784 |
| UMG Recordings, Inc. | The Police | Walking On The Moon | Reggatta De Blanc | 13-166 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California<br>Ronald V. Dellums Federal Building<br>Suite 400S, 1301 Clay Street<br>Oakland, CA 94612 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>FONOVISA, INC.; VIRGIN RECORDS AMERICA, INC.; ATLANTIC RECORDING CORPORATION; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; and ZOMBA RECORDING LLC | | DEFENDANT<br>ANTOINETTE CASTILLO |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

# EXHIBIT A

## ANTOINETTE CASTILLO

**IP Address:** 76.216.19.251 2007-06-11 05:55:32 EDT        **CASE ID#** 132545023

**P2P Network:** Gnutella                                     **Total Audio Files:** 374

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Fonovisa, Inc. | Conjunto Primavera | Amigo Mesero | Amigo Mesero | 232-899 |
| Virgin Records America, Inc. | Paula Abdul | Straight Up | Forever Your Girl | 93-688 |
| Virgin Records America, Inc. | Human League | Don't You Want Me | Dare | 34-729 |
| Atlantic Recording Corporation | Chic | Le Freak | C'est Chic | 4-546 |
| UMG Recordings, Inc. | The Police | Every Breath You Take | Synchronicity | 44-862 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| Zomba Recording LLC | Usher | Superstar | Confessions | 354-784 |
| UMG Recordings, Inc. | The Police | Walking On The Moon | Reggatta De Blanc | 13-166 |