1  Dawniell Zavala (State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   FONOVISA, INC.; VIRGIN RECORDS
7  AMERICA, INC.; ATLANTIC
   RECORDING CORPORATION; UMG
8  RECORDINGS, INC.; SONY BMG
   MUSIC ENTERTAINMENT; BMG
9  MUSIC; and ZOMBA RECORDING LLC
10

11              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
12                  SAN FRANCISCO DIVISION
13

| | |
|---|---|
| FONOVISA, INC., a California corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and ZOMBA RECORDING LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ANTOINETTE CASTILLO,<br><br>Defendant. | CASE NO. 3:08-cv-2212 SC<br><br>**AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 3:08-cv-2212 SC
#38448 v1

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding:
6   Plaintiff FONOVISA, INC. is a corporation owned by Univision Music LLC and Univision
7 Music Group Mexico, S.A. de C.V.  Univision Music LLC is owned by Univision Music Inc., a
8 subsidiary of Univision Communications Inc.; and Diara Inc.
9   Plaintiff VIRGIN RECORDS AMERICA, INC.'s ultimate parent is Maltby Capital Limited,
10 which is not publicly traded.
11   Plaintiff ATLANTIC RECORDING CORPORATION's ultimate parent corporation is
12 Warner Music Group Corp., which is publicly traded in the U.S.
13   Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a
14 publicly held French company.
15   Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned
16 by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc.,
17 none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the
18 latter of which is publicly traded in the United States.
19   Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC
20 ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.

1 | Plaintiff ZOMBA RECORDING LLC is a subsidiary of SONY BMG MUSIC
2 | ENTERTAINMENT, whose ultimate parents are Bertelsmann AG and Sony Corporation, the latter
3 | of which is publicly traded in the United States.

Dated:    June 25, 2008                    HOLME ROBERTS & OWEN LLP

By  /s/      *Dawniell Zavala*
DAWNIELL ZAVALA
Attorney for Plaintiffs
FONOVISA, INC.; VIRGIN RECORDS
AMERICA, INC.; ATLANTIC RECORDING
CORPORATION; UMG RECORDINGS, INC.;
SONY BMG MUSIC ENTERTAINMENT; BMG
MUSIC; and ZOMBA RECORDING LLC

POS RE: AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 3:08-cv-2212 SC
#38448 v1