| | |
|---|---|
| 1 | Dawniell Alise Zavala (CA State Bar No. 253130) |
| | HOLME ROBERTS & OWEN LLP |
| 2 | 560 Mission Street, 25th Floor |
| 3 | San Francisco, CA  94105-2994 |
| | Telephone:  (415) 268-2000 |
| 4 | Facsimile:   (415) 268-1999 |
| | Email:       dawniell.zavala@hro.com |
| 5 | |
| 6 | Attorneys for Plaintiffs, |
| | FONOVISA, INC.; VIRGIN RECORDS |
| 7 | AMERICA, INC.; ATLANTIC |
| | RECORDING CORPORATION; UMG |
| 8 | RECORDINGS, INC.; SONY BMG |
| | MUSIC ENTERTAINMENT; BMG |
| 9 | MUSIC; and ZOMBA RECORDING LLC |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FONOVISA, INC., a California corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and ZOMBA RECORDING LLC, a Delaware limited liability company, | CASE NO. C 08-02212 SC<br><br>Honorable Samuel Conti<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [░░░░░░░░░] ORDER** |
| Plaintiffs, | |
| v. | |
| ANTOINETTE CASTILLO, | |
| Defendant. | |

*EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [░░░░░░] ORDER
Case No. C 08-02212 SC
#38919 v1

1  Plaintiffs respectfully request that the Court continue the case management conference currently set for August 1, 2008, at 10:00 a.m., to October 31, 2008.  As further explained below, Defendant Antionette Castillo ("Defendant") has not appeared in this action.  Therefore, a case management conference is unnecessary at this time.

  1. Plaintiffs have not requested and the court has not ordered any previous continuances of the case management conference in this matter.

  2. Plaintiffs initially filed the Complaint in this matter against a John Doe defendant.  In order to discover the Doe defendant's true identity, Plaintiffs also filed an *Ex Parte* Application for Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on Defendant's Internet Service Provider ("ISP"), in this case SBC Internet Services, Inc.  Once the court granted the discovery order, Plaintiffs then served a subpoena on the ISP, which thereafter identified the Defendant, Antoinette Castillo.

  3. Once the ISP identified Defendant, Plaintiffs sent her a letter on September 6, 2007 notifying her of Plaintiffs' claims and encouraging her to contact Plaintiffs and attempt to amicably resolve this matter.  Defendant did not respond to this letter.  Accordingly, on April 29, 2008, Plaintiffs filed the Complaint naming Ms. Castillo individually as the Defendant.

  4. Defendant was served with process on July 6, 2008, by substitute service.  Defendant has not answered or otherwise responded to the Complaint.  Accordingly, Accordingly, if Defendant does not respond to this action by July 31, 2008, Plaintiffs will file a request for entry of clerk's default at that time.

  5. Given the circumstances of this case, there is no need for a case management conference at this time.  Therefore, Plaintiffs respectfully request that the Court continue the case management conference from August 1, 2008, at 10:00 a.m., to October 31, 2008, or such other date as conveniences the Court.

Dated:  July 22, 2008                         HOLME ROBERTS & OWEN LLP


                                              By: _____/s/ Dawniell Alise Zavala____
                                                    DAWNIELL ALISE ZAVALA
                                                    Attorney for Plaintiffs

1

*EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [▮▮▮▮▮▮▮] ORDER
Case No. C 08-02212 SC
#38919 v1

**[~~~~~~~~~]ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for August 1, 2008, at 10:00 a.m., be continued to ~~~~~~~~~~ November 21, 2008 @ 10:00 am.

Dated: _July 23, 2008_        By: _[signature]_
Honorable Samuel Conti
United States District Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On July 22, 2008, I served the foregoing documents described as:

***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Antoinette Castillo
3774 29th Avenue, Apt. H
Oakland, CA 94619**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 22, 2008 at San Francisco, California.

*Della Grant*
Della Grant

1

Proof of Service
Case No. C 08-02212 SC
#38919 v1