Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:  (415) 268-1999
Email:       dawniell.zavala@hro.com

Attorneys for Plaintiffs,
FONOVISA, INC.; VIRGIN RECORDS
AMERICA, INC.; ATLANTIC
RECORDING CORPORATION; UMG
RECORDINGS, INC.; SONY BMG
MUSIC ENTERTAINMENT; BMG
MUSIC; and ZOMBA RECORDING LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FONOVISA, INC., a California corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and ZOMBA RECORDING LLC, a Delaware limited liability company,<br><br>                    Plaintiffs,<br><br>        v.<br><br>ANTOINETTE CASTILLO,<br><br>                    Defendant. | CASE NO. C 08-02212 SC<br><br>Honorable Samuel Conti<br><br>**REQUEST TO ENTER DEFAULT** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant Antoinette Castillo ("Defendant") on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of Dawniell Alise Zavala, ¶¶ 3, 5.

Plaintiffs served the Summons and Complaint on Defendant on July 6, 2008, by substitute service, as evidenced by the proof of service on file with this Court. Id. ¶ 2, Exh. A.  Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the Complaint. Id. ¶ 4.  Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶¶ 6-7.


Dated:    August 27, 2008                    HOLME ROBERTS & OWEN LLP


                                             By    _____/s/ Dawniell Alise Zavala_____
                                                   DAWNIELL ALISE ZAVALA
                                                   Attorney for Plaintiffs
                                                   FONOVISA, INC.; VIRGIN RECORDS
                                                   AMERICA, INC.; ATLANTIC RECORDING
                                                   CORPORATION; UMG RECORDINGS, INC.;
                                                   SONY BMG MUSIC ENTERTAINMENT; BMG
                                                   MUSIC; and ZOMBA RECORDING LLC

**REQUEST TO ENTER DEFAULT**
Case No. C 08-02212 SC
#39682 v1 saf

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California.  I am over the age of eighteen years and not a party to the within action.  My business address is 560 Mission Street, 25th Floor, San Francisco, CA  94105.

On August 27, 2008, I served the foregoing documents described as:

**REQUEST TO ENTER DEFAULT**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Antoinette Castillo**
> **3774 29th Avenue, Apt. H**
> **Oakland, CA  94619**

☒    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 27, 2008 at San Francisco, California.

_____
Della Grant

Proof of Service
Case No. C 08-02212 SC
#39682 v1 saf