Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         dawniell.zavala@hro.com

Attorneys for Plaintiffs,
FONOVISA, INC.; VIRGIN RECORDS AMERICA, INC.; ATLANTIC RECORDING CORPORATION; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; and ZOMBA RECORDING LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FONOVISA, INC., a California corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and ZOMBA RECORDING LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ANTOINETTE CASTILLO,<br><br>　　　　　Defendant. | CASE NO. C 08-02212 SC<br><br>Honorable Samuel Conti<br><br>**DECLARATION OF DAWNIELL ALISE ZAVALA IN SUPPORT OF PLAINTIFFS' REQUEST TO ENTER DEFAULT** |

**DECLARATION OF DAWNIELL ALISE ZAVALA IN SUPPORT OF REQUEST TO ENTER DEFAULT**
Case No. C 08-02212 SC
#39684 v1 saf

## DECLARATION OF DAWNIELL ALISE ZAVALA

I, DAWNIELL ALISE ZAVALA, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and the United States District Court, Northern District of California. I am an associate with the law firm of Holme Roberts & Owen LLP, counsel of record for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On April 29, 2008, Plaintiffs filed the First Amended Complaint ("Complaint") in this case against Defendant Antoinette Castillo ("Defendant"). Attached as **Exhibit A** is a true and correct copy of the proof of service on file with the Court, reflecting that Defendant was served with the Summons and Complaint on July 6, 2008, by substitute service.

3. More than 20 days have elapsed since the date on which service of the Summons and Complaint was effective.

4. Neither Plaintiffs nor the Court have granted Defendant any extension of time to respond to the Complaint.

5. Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorneys of record.

6. I am informed and believe that Defendant is not an infant or incompetent person.

7. A search for Defendant's name was conducted in the Department of Defense – Manpower Data Center. That search revealed no evidence that Defendant is on active duty military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of August, 2008, at San Francisco, California.



Dawniell Alise Zavala

1

**DECLARATION OF DAWNIELL ALISE ZAVALA IN SUPPORT OF REQUEST TO ENTER DEFAULT**
Case No. C 08-02212 SC
#39684 v1 saf

# EXHIBIT A

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

FONOVISA, INC., ET AL.,

Plaintiff(s)

v.

ANTOINETTE CASTILLO

Defendant(s)

CASE NUMBER:

CV 08 2212 SC

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action a I served copies of the *(specify documents)*:
   a. ☐ summons   ☐ complaint   ☐ alias summons   ☐ first amended complaint
                                                   ☐ second amended complaint
                                                   ☐ third amended complaint

   ☒ other *(specify)*: NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER SETTING CASE MANAGEMENT CONFERENCE; CONTENTS OF JOINT CASE MANAGEMNT STATEMENT; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT; AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; DOCKET LIST

2. Person served:
   a. ☐ Defendant *(name)*: ANTOINETTE CASTILLO
   b. ☐ Other *(specify name and title or relationship to the party/business named)*:

   c. ☐ Address where papers were served:

3. Manner of Service in compliance with *(the appropriate box must be checked)*:
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:
   a. ☐ By Personal service. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and the minor if at least twelve (12) years of age.
      1. Papers were served on *(date)*: _____ at *(time)*: _____
   b. ☒ By Substituted service. By leaving copies:
      1. ☒ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☒ Papers were served on *(date)*: July 6, 2008 at *(time)*: 10:06 am
      4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ papers were mailed on *(date)*: _____
      6. ☒ due diligence. I made at least (3) attempts to personally serve the defendant.

CV-1 (04/01)                    PROOF OF SERVICE – SUMMONS AND COMPLAINT                    PAGE 1

Order No. 5308189 SEA

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (Attach completed Waiver of Service of Summons and Complaint).

   d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.** (F.R.Civ.P. 4(h))(C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

   e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** (C.C.P. 415.20 only) By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *by first-class mail, postage prepaid,)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. (Attach a copy of the order to this Proof of Service).

   f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

   g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. (Attach signed return receipt or other evidence of actual receipt by the person served).

   h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

     Name of person served:

     Title of person served:

     Date and time of service: *(date)*: _____ at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washing, D.C. (Attach signed return receipt or other evidence of actual receipt by the person served).

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation (Attach signed return receipt or other evidence of actual receipt by the person served).

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   Granville Smith
   38750 Paseo Padre Pkwy
   Fremont, CA 94536

   a. Fee for service: $ PD2_NonFeeAdv
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 7/10/08

                                                Granville Smith
                                                  *(Signature)*

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

    I am employed in the office of Holme Roberts & Owen in San Francisco, California.  I am over the age of eighteen years and not a party to the within action.  My business address is 560 Mission Street, 25th Floor, San Francisco, CA  94105.

    On August 27, 2008, I served the foregoing documents described as:

**DECLARATION OF DAWNIELL ALISE ZAVALA IN SUPPORT OF PLAINTIFFS'**

**REQUEST TO ENTER DEFAULT**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Antoinette Castillo**
**3774 29th Avenue, Apt. H**
**Oakland, CA  94619**

    ☒    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    ☒    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on August 27, 2008 at San Francisco, California.

                                      /s/ Della Grant
                                        Della Grant

1

Proof of Service
Case No. C 08-02212 SC
#39684 v1 saf