**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                          General Court Number
Clerk                                                                                                                  415.522.2000

August 28, 2008

RE:  CV 08-02212 SC          FONOVISA INC-v- ANTOINETTE CASTILLO

Default is entered as to defendant Antoinette Castillo on 8/28/08. All parties noticed via e-mail or U.S. mail.


                                                            RICHARD W. WIEKING, Clerk

                                                            *(signature)*
                                                            by Alfred Amistoso
                                                            Case Systems Administrator

NDC TR-4  Rev. 3/89