1 | Dawniell Alise Zavala (CA State Bar No. 253130)
  | HOLME ROBERTS & OWEN LLP
2 | 560 Mission Street, 25th Floor
3 | San Francisco, CA  94105-2994
  | Telephone:  (415) 268-2000
4 | Facsimile:   (415) 268-1999
  | Email:        dawniell.zavala@hro.com
5 |
6 | Attorneys for Plaintiffs,
  | FONOVISA, INC.; VIRGIN RECORDS
7 | AMERICA, INC.; ATLANTIC
  | RECORDING CORPORATION; UMG
8 | RECORDINGS, INC.; SONY BMG
  | MUSIC ENTERTAINMENT; BMG
9 | MUSIC; and ZOMBA RECORDING LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FONOVISA, INC., a California corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and ZOMBA RECORDING LLC, a Delaware limited liability company,<br><br>           Plaintiffs,<br><br>     v.<br><br>ANTOINETTE CASTILLO,<br><br>           Defendant. | CASE NO. C 08-02212 SC<br><br>Honorable Samuel Conti<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
Case No. C 08-02212 SC
#42456 v1 saf

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss
2  without prejudice their copyright infringement claim against Defendant Antionette Castillo, each
3  party to bear its/his own fees and costs.  The Clerk of Court is respectfully requested to close this
4  case.

6  Dated:    February 9, 2009            HOLME ROBERTS & OWEN LLP

8                                         By     */s/ Dawniell Alise Zavala*
                                            DAWNIELL ALISE ZAVALA
                                            Attorney for Plaintiffs
                                            FONOVISA, INC.; VIRGIN RECORDS
                                            AMERICA, INC.; ATLANTIC RECORDING
                                            CORPORATION; UMG RECORDINGS, INC.;
                                            SONY BMG MUSIC ENTERTAINMENT; BMG
                                            MUSIC; and ZOMBA RECORDING LLC



1

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
Case No. C 08-02212 SC
#42456 v1 saf

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California.  I am over the age of eighteen years and not a party to the within action.  My business address is 560 Mission Street, 25th Floor, San Francisco, CA  94105.

On February 9, 2009, I served the foregoing documents described as:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

>Antoinette Castillo
>3201 38th Street
>Oakland, CA  94619-1258

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 9, 2009 at San Francisco, California.

*Della Grant*
Della Grant

---

Proof of Service
Case No. C 08-02212 SC
#42456 v1 saf

1